RECEIVED
AUG - 2 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| MARY LILLY MCCOY, ET AL. | MISC. CASE NO. 17-mc-122 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Mary Lilly McCoy, as Administrator and Derivative Claimant; and Katha McCoy Fullwood and Connie McCoy as Derivative Claimants of the Estate of Leonard Lee McCoy, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___2___ day of August, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE